[This opinion has been published in *Ohio Official Reports* at 77 Ohio St.3d 1204.]

THE STATE OF OHIO, APPELLEE, *v*. SANCHEZ, APPELLANT.

[Cite as *State v. Sanchez*, 1996-Ohio-346.]

*Appeal dismissed as improvidently allowed.*

(No. 96-730—Submitted October 9, 1996—Decided November 6, 1996.)

APPEAL from the Court of Appeals for Delaware County, No. 96 CAC-01001.

_____

*Daniel D. Connor Co., L.P.A.,* and *Daniel D. Connor,* for appellant.

_____

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

STRATTON, J., not participating.

_____